UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MOHAMEDOU DJIMERA,
A240 431 660,

      Petitioner,

      v.

CRAIG LOWE, Warden of the Pike
County Correctional Facility, et al.,

      Respondents.

CIVIL ACTION NO. 3:26-cv-01067

(SAPORITO, J.)

## ORDER

AND NOW, this 20th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    The petition (Doc. 1) is **GRANTED**;

2.    The government shall either provide Djimera with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Djimera on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3.    At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

4.    The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5.    The clerk is directed to mark this case as **CLOSED**.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States District Judge